**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| ZURICH AMERICAN INSURANCE COMPANY and AMERICAN GUARANTEE AND LIABILITY INSURANCE COMPANY,<br>      *Plaintiffs*,<br><br>v.<br><br>OCWEN FINANCIAL CORPORATION, OCWEN LOAN SERVICING, LLC, TRACEE A. BEECROFT, SUSAN MANSANAREZ and KEITH SNYDER,<br>      *Defendants*. | Case No.: 1:17-CV-2873 |

## AMENDED JUDGMENT

On the complaint of Zurich American Insurance Company and American Guarantee and Liability Insurance Company (collectively, "Zurich") for a declaratory judgment against Ocwen Financial Corporation and Ocwen Loan Servicing, LLC (collectively, "Ocwen"), judgment is entered in favor of Zurich and against Ocwen. Zurich has no duty to defend or indemnify Ocwen in the underlying action at No. 1:16-cv-08677 (N.D. Ill.).

On Ocwen's counterclaims against Zurich for breach of contract, judgment is entered in favor of Zurich and against Ocwen.

Zurich's complaint for a declaratory judgment against Defendants Tracee Beecroft, Susan Mansanarez, and Keith Snyder is dismissed with prejudice.

Date: 5/6/2020

_____
HON. CHARLES P. KOCORAS