# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## FINAL JUDGMENT

March 12, 2021

Before:
    FRANK H. EASTERBROOK, Circuit Judge

    ILANA DIAMOND ROVNER, Circuit Judge

    DIANE P. WOOD, Circuit Judge

| No. 19-3052 | ZURICH AMERICAN INSURANCE COMPANY, et al.,<br>Plaintiffs - Appellees<br><br>v.<br><br>OCWEN FINANCIAL CORPORATION, et al.,<br> Defendants - Appellants |
|---|---|
| **Originating Case Information:** ||
| District Court No: 1:17-cv-02873<br>Northern District of Illinois, Eastern Division<br>District Judge Charles P. Kocoras ||

    The judgment of the District Court is AFFIRMED, with costs, in accordance with the decision of this court entered on this date.

CERTIFIED COPY
A True Copy
Teste:

Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit